UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN KERKER,

        Plaintiff,

-against-

BMDC CONSTRUCTION LIMITED, et al.,

        Defendants.

21-CV-9277 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Two affidavits of service state that plaintiff served BMDC Construction Limited and BMDC Construction I LLC with process on January 14, 2022. (Dkt. Nos. 12, 13.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), these defendants were required to answer or otherwise respond to the Complaint on or before February 4, 2022. However, they have neither appeared nor responded to the complaint. No later than **February 23, 2022**, plaintiff shall inform the Court whether the parties have extended these defendants' time to respond, or whether plaintiff intends to request a certificate of default. Plaintiff shall promptly serve this Order on all defendants.

Dated: New York, New York
       February 11, 2022

                                 **SO ORDERED**.

                                 _____
                                 **BARBARA MOSES**
                                 **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/22