UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN KERKER,

               Plaintiff,

-against-

BMDC CONSTRUCTION, LTD., BMDC CONSTRUCTION I, LLC, and BEN MULLEN,

               Defendants.

**ORDER**

21 Civ. 9277 (PGG) (BCM)

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS Plaintiff commenced this action on November 9, 2021 by filing the Complaint (Dkt. No. 1);

    WHEREAS Plaintiff served Defendants BMDC Construction Limited and BMDC Construction I, LLC (collectively, "BMDC") on January 14, 2022 (Dkt. Nos. 12-13), and Defendant Ben Mullen on January 31, 2022 (Dkt. No. 14);

    WHEREAS no Defendant has filed an answer, responded to the Complaint, or appeared in this action;

    WHEREAS Magistrate Judge Moses – to whom this case was referred for general pretrial supervision – authorized Plaintiff to move for a default judgment against Defendants (Dkt. No. 15);

    WHEREAS Plaintiff moved for a default judgment, attorneys' fees, and costs on August 12, 2022 (Dkt. No. 29);

    WHEREAS this Court ordered Defendants to show cause on October 20, 2022 why a default judgment should not be entered against them (Dkt. Nos. 30, 32);

WHEREAS Plaintiff served the Order to Show Cause on Defendant Mullen on October 5, 2022, and BMDC on October 13, 2022 (Dkt. Nos. 31-1, 33-1);

WHEREAS Defendants filed no opposition to Plaintiff's motion for a default judgment and did not appear at the October 20, 2022 hearing;

IT IS HEREBY ORDERED that an order of default is entered against all Defendants.

IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Moses for a report and recommendation regarding Plaintiff's request for damages, attorneys' fees, and costs. The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
      October 20, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge