UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN KERKER,

        Plaintiff,

v.

BMDC CONSTRUCTION LIMITED,
BMDC CONSTRUCTION I LLC, and
BEN MULLEN, Jointly and Severally,

        Defendants.

ECF CASE

No.: 1:21-cv-09277-PGG-BCM

DEFAULT JUDGMENT

        This action having been commenced on November 9, 2021 by the filing of the Summons and Complaint, and (1) a copy of the Summons and Complaint having been personally served on the defendant, BMDC Construction I LLC on January 14, 2022 by serving Nancy Dougherty, an authorized agent in the Office of the Secretary of State, of the State of New York, and a proof of service having been filed on January 18, 2022 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and (2) a copy of the Summons and Complaint having been personally served on the defendant, BMDC Construction Limited on January 14, 2022 by serving Nancy Dougherty, an authorized agent in the Office of the Secretary of State, of the State of New York, and a proof of service having been filed on January 18, 2022 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and (3) a copy of the Summons and Complaint having been personally served on the defendant, Ben Mullen on January 31, 2022 by serving Claire Brady, a general agent of suitable age and discretion at Mullen's place of work and, on February 1, 2022, by mailing a copy of the Summons and Complaint to Mullen at his place of work, and a proof of service having been filed on February 8, 2022 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment

against defendants in $88,443.07 in compensatory damages, $88,443.07 in liquidated damages, $5,000.00 in statutory penalties, $21,501.70 in pre-judgment interest at 9.0%, post-judgment interest at 15%, and $15,459.30 in attorneys' fees and $667.14 expenses, amounting in all to $219,514.27.

Dated:  New York, New York

_____

_____

U.S.D.J.

This document was entered on the docket on _____.