```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN KERKER,

           Plaintiff,

-against-

BMDC CONSTRUCTION LIMITED, et al.,

           Defendant.

21-CV-9277 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff was required to serve his default motion papers by mail to defendants' last known addresses and to file proof of service on the docket. *See* Local Civ. R. 55.2(c). Further, in my Damages Inquest Scheduling Order dated October 24, 2022 (Dkt. 39), I directed plaintiff to serve defendants with a copy of his Proposed Findings of Fact and Conclusions of Law, together with the supporting materials and the Damages Inquest Scheduling Order, and to file proof of such service on the docket with his Proposed Findings of Fact and Conclusions of Law. *See* Damages Inquest Scheduling Order ¶ 7. No proof of service has been filed.

    No later than **December 2, 2022**, plaintiff shall serve his default motion papers and damages inquest submissions on the defendants and file proof of service.

Dated: New York, New York
       November 28, 2022

                        **SO ORDERED**.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**