

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

October 30, 2024

VIA ECF
The Honorable Barbara C. Moses, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Kerker v. BMDC Construction Limited, *et al*.,
           1:21-cv-09277 (PGG)(BCM)

Dear Magistrate Judge Moses:

    This firm represents the Plaintiff. We submit this letter to respectfully remind the Court that Plaintiff's November 23, 2022 motion for a default judgment (Doc. No. 41-44) is still pending.

    We appreciate the Court's time on this, as we fully recognize the Court has a heavy docket.

                                        Respectfully Submitted,
                                        LIPSKY LOWE LLP

                                        s/ Douglas B. Lipsky
                                        Douglas B. Lipsky