UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
      :
JUSTIN KERKER,      :
      :
      Plaintiff,  :
      :  No. 21-cv-9277-PGG-BCM
   -against-    :
      :  **MOTION TO WITHDRAW AS**
BMDC CONSTRUCTION LIMITED, BMDC  :  **COUNSEL**
CONSTRUCTION LLC, AND BEN MULLEN,  :
      :
      Defendants.  :
      :
------------------------------------X

    Alfons D'Auria, Esq., the undersigned counsel, respectfully moves to withdraw as counsel of record for plaintiff Justin Kerker ("Plaintiff") in the above-captioned matter, as I am no longer an associate at the law firm of Lipsky Lowe LLP. Attorneys of record from the law firm of Lipsky Lowe LLP will continue to represent Plaintiff.

    Accordingly, I respectfully request that the Court grant my application to withdraw as counsel of record for Plaintiff and instruct the Clerk of the Court to remove me from any applicable service list and to terminate the delivery of all CM/ECF notices to me in the above-referenced action.

Dated: New York, New York
       November 6, 2024

                  Respectfully submitted,

                  OGLETREE, DEAKINS, NASH,
                  SMOAK & STEWART, P.C.

                  By s/ *Alfons D'Auria*
                     Alfons D'Auria
                  599 Lexington Avenue, 17th Floor
                  New York, New York 10022
                  (212) 492-2500
                  alfons.dauria@ogletree.com